1

2                                                      *E-FILED 9-20-2011*

3

4

5

6

7                          NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   HERACLIO DUENAS,                    )    No. C 11-03439 JF (PR)
                                         )
11              Petitioner,              )    ORDER OF DISMISSAL
                                         )
12     vs.                               )
                                         )
13                                       )
     BILL KNIPP, Warden,                 )
14                                       )
                Respondent.              )
15                                       )
                                         )
16   _____)

17       On July 13, 2011, Petitioner filed this pro se petition for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  On that same day, the Clerk of the Court sent a notification

19   to Petitioner that his petition was deficient because he did not pay the filing fee or file an

20   In Forma Pauperis ("IFP") Application.  (Docket No. 2.)  The notification included the

21   warning that the case would be dismissed if Petitioner failed to respond within thirty

22   days.  (Id.)  The deadline has since passed, and Petitioner has failed to either pay the

23   filing fee or file a complete IFP application.

24       Accordingly, this case is DISMISSED without prejudice for failure to pay the

25   filing fee.  The Clerk shall terminate any pending motions and close the file.

26       IT IS SO ORDERED.

27   Dated: _____9/19/11_____        _____
                                            JEREMY FOGEL
28                                          United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\03439Duenas_dism-ifp.wpd        1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERACLIO DUENAS,                                    Case Number: CV11-03439 JF

                   Petitioner,                      **CERTIFICATE OF SERVICE**

    v.

BILL KNIPP, Warden,

                   Respondent.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____; 142133_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heraclio Duenas P05819
Mule Creek State Prison
P O Box 409040
B-10-137
Ione, CA 95640

Dated: _____JDGEFF_____          BéÁRÌÕæ&ãe

                                            Richard W. Wieking, Clerk