**E-FILED on 9/20/11**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERACLIO DUENAS, | ) | No. C 11-03439 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| BILL KNIPP, Warden, | ) | |
| Respondent. | ) | |

On July 13, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the Clerk of the Court sent a notification to Petitioner that his petition was deficient because he did not pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days. (Id.) The deadline has since passed, and Petitioner has failed to either pay the filing fee or file a complete IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

Dated: 9/19/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\03439Duenas_dism-ifp.wpd         1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERACLIO DUENAS,

        Petitioner,

v.

BILL KNIPP, Warden,

        Respondent.

Case Number: CV11-03439 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____; 142133_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heraclio Duenas P05819
Mule Creek State Prison
P O Box 409040
B-10-137
Ione, CA 95640

Dated: _____JEOEFF_____

Richard W. Wieking, Clerk