**E-FILED on 9/20/11**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERACLIO DUENAS, | ) | No. C 11-03439 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BILL KNIPP, Warden, | ) | |
| Respondent. | ) | |

The Court has dismissed this petition for a writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee or file a complete in forma pauperis application. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  9/20/11

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.11\03439Duenas_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERACLIO DUENAS,

        Petitioner,

v.

BILL KNIPP, Warden,

        Respondent.

Case Number: CV11-03439 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heraclio Duenas P05819
Mule Creek State Prison
P O Box 409040
B-10-137
Ione, CA 95640

Dated: _____

Richard W. Wieking, Clerk